# United States Bankruptcy Court
## Eastern District of Louisiana

| | |
|---|---|
| HENRY NIXON<br>360 DANDELION DRIVE<br>WESTWEGO LA  70094 | 24-11169<br>Chapter 13<br>Section A |

## TRUSTEE'S OBJECTION TO CONFIRMATION

NOW INTO COURT comes S.J. Beaulieu, Jr., Chapter 13 Trustee, who respectfully recommends that the Court deny confirmation of this case for the following reason or reasons:

The Debtor's expenses exceed the IRS Standard, by $400.00.

The hearing on confirmation is set for September 11, 2024 at 11:00 a.m..

Attorney for debtor:

TIMOTHY P KIRKPATRICK
kirkpatrick@kirkpatrick-law.com

/s/ S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.
Chapter 13 Trustee

---

### CERTIFICATE OF SERVICE

I certify that this pleading was served by the court's electronic filing system upon the debtor's attorney, and by email and/or first class mail upon the debtor, at the addresses listed herein.

08/30/2024                    by: /s/ Angele Sanders